9401-2
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALEX MENEFEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-cv-1341 |
| | ) |
| THE BOARD OF EDUCATION OF LIMESTONE COMMUNITY HIGH SCHOOL DISTRICT NO. 310; and ALLAN GRESHAM, JEROLEE LOOK, and WILLIAM WOOD, in Their Individual and Official Capacities, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, ALEX MENEFEE, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

ALEX MENEFEE, Plaintiff

BY: /s/ Nina R. Gougis (*w/consent*)
    Nina R. Gougis
    Law Offices of Nina R. Gougis
    411 Hamilton Blvd., Suite 1928
    Peoria, IL 61602
    Email: ninagougislaw@gmail.com

WILLIAM WOOD, Defendant

BY: /s/ William R. Kohlhase (*w/consent*)
    William R. Kohlhase
    Miller, Hall & Triggs, LLC
    416 Main St., Suite 1125
    Peoria, IL 61602
    Email: william.kohlhase@mhtlaw.com

THE BOARD OF EDUCATION OF LIMESTONE COMMUNITY HIGH SCHOOL DISTRICT NO. 310, ALLAN GRESHAM and JEROLEE LOOK, Defendants

BY: /s/ Brian M. Smith_____
    Brian M. Smith
    Heyl, Royster, Voelker & Allen
    301 N. Neil St., Suite 505
    Champaign, IL 61820
    Email: bsmith@heylroyster.com

36336223_1

**PROOF OF SERVICE**

      I hereby certify that on August 27, 2019, I electronically filed the foregoing Stipulation for Dismissal, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Nina R. Gougis  
Law Offices of Nina R. Gougis  
411 Hamilton Blvd, Suite 1928  
Peoria, IL 61602  

Mr. William R. Kohlhase  
Miller, Hall & Triggs, LLC  
416 Main Street, Suite 1125  
Peoria, IL 61602  

                                                s/ Brian M. Smith  
                                                Heyl, Royster, Voelker & Allen

36336223_1